AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
01/31/2022
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

USA §
  § CRIMINAL COMPLAINT
vs. § CASE NUMBER: PE:22-M -00082(1)
  §
(1) Leonel Mercado-Loya §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 27, 2022** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Being an alien to the United States, knowingly enter or attempt to enter the United States at a time and place other than as designated by immigration officers.
in violation of Title     **8**     United States Code, Section(s)    **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   "The defendant, Leonel MERCADO-Loya was arrested on January 27, 2022, in the Western District of Texas by Van Horn Border Patrol Agents. The defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about January 25, 2022 in Jeff Davis County, Texas, in the Western District of Texas at a time and place not designated as a

**Continued on the attached sheet and made a part of hereof.**

/s/ Thomas Keller
Signature of Complainant
Border Patrol Agent

January 31, 2022                              at   Alpine, Texas
Date                                               City and State

Complaint sworn to telephonically and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:22-M -00082(1)

WESTERN DISTRICT OF TEXAS

(1) Leonel Mercado-Loya

FACTS   (CONTINUED)

port of entry by the Secretary of Homeland Security.  The Defendant is not in possession of Immigration documents allowing him/her to be in, or remain in, the United States legally.

Defendant is a citizen and national of Mexico.


IMMIGRATION HISTORY:
MERCADO-LOYA, LEONEL has been deported 2 time(s), the last one being to MEXICO on April 12, 2018, through PASO DEL NORTE, TX, BRIDGE
MERCADO-LOYA, LEONEL was initially deported to Mexico on July 12, 2017, through Presidio, TX
MERCADO-LOYA, LEONEL has six Title 42 expulsions on the following dates: January 17, 2021; February 2, 2021; March 2, 2021; July 11, 2021; September 28, 2021 and January 27, 2022, through Presidio, TX

CRIMINAL HISTORY:
04/13/2018, Van Horn, TX, 8 USC 1325(M), CNV, Sentenced to 2 days confinement.